**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES JACKSON,

        Plaintiff,

v.                              Case No:   6:24-cv-302-GAP-DCI

NSPRMC, LLC and CATALINA
GARDENS HEALTH CARE
ASSOCIATES, LLC,

        Defendants

---

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. 32), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 12, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties